UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK and LISA COOK,

    Plaintiffs,

v.

KELLOGG COMMUNITY CREDIT UNION,
et al.,

    Defendants.
_____/

Case No. 1:23-cv-231

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

    Plaintiffs Robert and Lisa Cook, proceeding pro se, initiated this action against several Defendants. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court dismiss the case for lack of subject-matter jurisdiction. The matter is presently before the Court on Plaintiffs' objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of the portion of the Report and Recommendation to which objection has been made. Plaintiffs' objection demonstrates their disagreement with the Magistrate Judge's conclusion but no error in the Magistrate Judge's analysis. Accordingly, this Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will also be entered. *See* FED. R. CIV. P. 58. Therefore:

    **IT IS HEREBY ORDERED** that the Objection (ECF No. 14) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

2

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED for the reasons stated in the Report and Recommendation.

Dated:  May 22, 2023                                   /s/ Jane M. Beckering
                                                                 JANE M. BECKERING
                                                                 United States District Judge