UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK and LISA COOK,

    Plaintiffs,

v.

    Case No. 1:23-cv-231

    HON. JANE M. BECKERING

KELLOGG COMMUNITY CREDIT UNION,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Complaint is DISMISSED for lack of subject-matter jurisdiction.

This action is closed.

Dated: May 22, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge